# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2640
LT Case No. 2023-100094-CFDL

_____

GREGORY C. SOMERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

August 15, 2025

PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and sentence. However, we remand for entry of a corrected judgment striking the $100 cost of investigation as the State never requested

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

the cost of investigation. See *Richards v. State*, 288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . .").

AFFIRMED; and REMANDED with instructions.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————